## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

| | |
|---|---|
| In Re: | Debtor(s)<br>**Nicole Borden**<br>1440 Laleiah Drive<br>Cumming, GA 30041<br><br>**xxx−xx−2916** |

Case No.: **19−21661−jrs**
Chapter: **7**
Judge: **James R. Sacca**

### ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_____

James R. Sacca
United States Bankruptcy Judge

Dated: October 21, 2019

Form 178